# Houston ISD Appraisal Record Summary
___ Professional Development and Appraisal System
___ Modified Professional Development and Appraisal System

Supporting appraisal documents may be retrieved from special storage upon request.

Teacher: Tom Jones      SS#: 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
Campus: Yates High      Assignment/Grade: Choir/Mixed

## SECTION A
Name of Appraiser: Rose Ellis

Instructions: Transfer the DOMAIN SCORES from the SUMMATIVE ANNUAL APPRAISAL REPORT. Consult the Score Conversion Chart for a single appraisal to convert each Domain Score to a Domain Rating.

| DOMAIN | | DOMAIN SCORES | DOMAIN RATINGS |
|---|---|---|---|
| I | Student Participation | 13 | Proficient |
| II | Learner-Centered Instruction | 27 | " |
| III | Evaluation & Feedback | 16 | " |
| IV | Management | 24 | " |
| V | Professional Communication | 18 | " |
| VI | Professional Development | 12 | " |
| VII | Compliance | 9 | " |
| VIII | Academic Performance Improvement | 36 | Proficient |

## SECTION B
DOMAIN SCORES:

When a second observation has been conducted use the following procedures:
1. Transfer the Domain Scores recorded in Section A to the space marked Appraiser Domain Scores below.
2. Transfer the Second Appraiser Domain Scores from the Summative Annual Appraisal Report to the space marked Second Appraiser Domain Scores below.
3. Compute the Weighted Domain Scores by *averaging* the Domain Scores of both appraisers.
4. Consult the Score Conversion Chart to convert each Weighted Domain Score to a Domain Rating.

## SECTION C

### DOMAIN SCORE CONVERSION CHART

| RATING | I | II | III | IV | V | VI | VII | VIII (1st yr) | VIII (2nd yr) |
|---|---|---|---|---|---|---|---|---|---|
| Exceeds Expectations | 20-25 | 37-45 | 25-30 | 34-40 | 25-30 | 16-20 | 13-15 | 37-45 | 40-50 |
| Proficient | 12-19 | 23-36 | 15-24 | 20-33 | 15-24 | 9-15 | 9-12 | 23-36 | 24-39 |
| Below Expectations | 4-11 | 7-22 | 5-14 | 6-19 | 5-14 | 3-8 | 3-8 | 7-22 | 8-23 |
| Unsatisfactory | 0-3 | 0-6 | 0-4 | 0-5 | 0-4 | 0-2 | 0-2 | 0-6 | 0-7 |

## SECTION D

| DOMAIN | APPRAISER DOMAIN SCORES | | SECOND APPRAISER DOMAIN SCORES | | WEIGHTED DOMAIN SCORES | DOMAIN RATINGS |
|---|---|---|---|---|---|---|
| I | _____ | + | _____ | ÷ 2 = | _____ | _____ |
| II | _____ | + | _____ | ÷ 2 = | _____ | _____ |
| III | _____ | + | _____ | ÷ 2 = | _____ | _____ |
| IV | _____ | + | _____ | ÷ 2 = | _____ | _____ |
| V | _____ | + | _____ | ÷ 2 = | _____ | _____ |
| VI | _____ | + | _____ | ÷ 2 = | _____ | _____ |
| VII | _____ | + | _____ | ÷ 2 = | _____ | _____ |
| VIII | _____ | + | _____ | ÷ 2 = | _____ | _____ |

PLAINTIFF'S EXHIBIT 6

Appraiser Signature: Rose Ellis / L. Henders   Date Completed: 6/5/01
Signature of Second Appraiser if present at Conference: Loretta Henders   6/5
Teacher's Signature: [signature]

# Houston ISD Appraisal Record Summary
✓ **Professional Development and Appraisal System**
___ **Modified Professional Development and Appraisal System**

#07200

2003-2004

Supporting appraisal documents may be retrieved from special storage upon request.

Teacher: TOM JONES    SS #: _____
Campus: Kelso Elem.   Assignment/Grade: K-5 MUSIC

## SECTION A
Name of Appraiser: DEBRA A. HAYES

Instructions: Transfer the DOMAIN SCORES from the SUMMATIVE ANNUAL APPRAISAL REPORT. Consult the Score Conversion Chart for a single appraisal to convert each Domain Score to a Domain Rating.

| DOMAIN | | DOMAIN SCORES | DOMAIN RATINGS |
|---|---|---|---|
| I | Student Participation | 15 | P |
| II | Learner-Centered Instruction | 27 | P |
| III | Evaluation & Feedback | 18 | P |
| IV | Management | 24 | P |
| V | Professional Communication | 18 | P |
| VI | Professional Development | 12 | P |
| VII | Compliance | 9 | P |
| VIII | Academic Performance Improvement | 27 | P |

## SECTION B
**DOMAIN SCORES:**

When a second observation has been conducted use the following procedures:
1. Transfer the Domain Scores recorded in Section A to the space marked Appraiser Domain Scores below.
2. Transfer the Second Appraiser Domain Scores from the Summative Annual Appraisal Report to the space marked Second Appraiser Domain Scores below.
3. Compute the Weighted Domain Scores by *averaging* the Domain Scores of both appraisers.
4. Consult the Score Conversion Chart to convert each Weighted Domain Score to a Domain Rating.

## SECTION C

### DOMAIN SCORE CONVERSION CHART

| RATING | I | II | III | IV | V | VI | VII | VIII (1st yr) | VIII (2nd yr) |
|---|---|---|---|---|---|---|---|---|---|
| Exceeds Expectations | 20-25 | 37-45 | 25-30 | 34-40 | 25-30 | 16-20 | 13-15 | 37-45 | 40-50 |
| Proficient | 12-19 | 23-36 | 15-24 | 20-33 | 15-24 | 9-15 | 9-12 | 23-36 | 24-39 |
| Below Expectations | 4-11 | 7-22 | 5-14 | 6-19 | 5-14 | 3-8 | 3-8 | 7-22 | 8-23 |
| Unsatisfactory | 0-3 | 0-6 | 0-4 | 0-5 | 0-4 | 0-2 | 0-2 | 0-6 | 0-7 |

## SECTION D

| DOMAIN | APPRAISER DOMAIN SCORES | | SECOND APPRAISER DOMAIN SCORES | | WEIGHTED DOMAIN SCORES | DOMAIN RATINGS |
|---|---|---|---|---|---|---|
| I | _____ | + | _____ | ÷2 = | _____ | _____ |
| II | _____ | + | _____ | ÷2 = | _____ | _____ |
| III | _____ | + | _____ | ÷2 = | _____ | _____ |
| IV | _____ | + | _____ | ÷2 = | _____ | _____ |
| V | _____ | + | _____ | ÷2 = | _____ | _____ |
| VI | _____ | + | _____ | ÷2 = | _____ | _____ |
| VII | _____ | + | _____ | ÷2 = | _____ | _____ |
| VIII | _____ | + | _____ | ÷2 = | _____ | _____ |

Appraiser Signature: *Debra A. Hayes*    Date Completed: 05/07/04

Teacher's Signature: *Tom Jones*    Date: 28 May 2004

Signature of Second Appraiser if present at Conference: _____

Date of Conference: _____

1054

HISD000097

## Professional Development and Appraisal System: Observation Summary

| NAME & SSN: | APPRAISER: | CAMPUS: | ASSIGNMENT: | DATE: | BEG: |
|---|---|---|---|---|---|
| Tom Jones, 439622999 | Debra Hayes | Kelso Elementary | Multigrade Music Teacher | 03/30/2005 | 9:15 AI |

### DOMAIN I: Active, Successful Participation in the Learning Process

| | |
|---|---|
| 1. Engaged in learning | 3 |
| 2. Successful in learning | 3 |
| 3. Critical thinking/Problem solving | 3 |
| 4. Self-directed | 3 |
| 5. Connects learning | 3 |
| **Total** | **15** |

| 20 25 | Exceeds Expectations | ▸ | 12 19 | Proficient |
| 4 11 | Below Expectations | | 0 3 | Unsatisfactory |

### DOMAIN II: Learner-Centered Instruction

| | |
|---|---|
| 1. Goals and objectives | 3 |
| 2. Learner-centered | 3 |
| 3. Critical thinking/Problem solving | 3 |
| 4. Motivational strategies | 3 |
| 5. Alignment | 3 |
| 6. Pacing/sequencing | 3 |
| 7. Value and importance | 3 |
| 8. Appropriate questioning and inquiry | 3 |
| 9. Use of technology | 3 |
| **Total** | **27** |

| 37 45 | Exceeds Expectations | ▸ | 23 36 |
| 7 22 | Below Expectations | | 0 6 |

### DOMAIN III: Evaluation and Feedback on Student Progress

| | |
|---|---|
| 1. Monitored and assessed | 3 |
| 2. Assessment and instruction are aligned | 3 |
| 3. Appropriate assessment | 3 |
| 4. Learning reinforced | 3 |
| 5. Constructive feedback | 3 |
| 6. Relearning and re-evaluation | 3 |
| **Total** | **18** |

| 25 30 | Exceeds Expectations | ▸ | 15 24 | Proficient |
| 5 14 | Below Expectations | | 0 4 | Unsatisfactory |

### DOMAIN IV: Management of Student Discipline, In Strategies, Time, and Materials

| | |
|---|---|
| 1. Discipline procedures | 3 |
| 2. Self-discipline and self-directed learning | 3 |
| 3. Equitable teacher-student interaction | 3 |
| 4. Expectations for behavior | 3 |
| 5. Redirects disruptive behavior | 3 |
| 6. Reinforces desired behavior | 3 |
| 7. Equitable and varied characteristics | 3 |
| 8. Manages time and materials | 3 |
| **Total** | **24** |

| 34 40 | Exceeds Expectations | ▸ | 20 33 |
| 6 19 | Below Expectations | | 0 5 |

### DOMAIN V: Professional Communication

| | |
|---|---|
| 1. Written with students | 3 |
| 2. Verbal/non-verbal with students | 3 |
| 3. Reluctant students | 3 |
| 4. Written with parents, staff, community members, and other professionals | 3 |
| 5. Verbal/non-verbal with parents, staff, community members, and other professionals | 3 |
| 6. Supportive, courteous | 3 |
| **Total** | **18** |

| 25 30 | Exceeds Expectations | ▸ | 15 24 | Proficient |
| 5 14 | Below Expectations | | 0 4 | Unsatisfactory |

Signature of Appraiser: _Debra A. Hayes_   Date: _March 30, 2005_

My appraiser has given me a copy of this Observation Appraisal Report.

Signature of Teacher: _____   Date: 30 March 2005

HISD000101

## Professional Development and Appraisal System: Summative Annual Appraisal

| NAME & SSN: | APPRAISER: | CAMPUS: | ASSIGNMENT: | DATE: | BEG: |
|---|---|---|---|---|---|
| Tom Jones, 439622999 | Debra Hayes | Kelso Elementary | Multigrade Music Teacher | 03/30/2005 | 9:15 A |

**DOMAIN VI: Professional Development**

| | |
|---|---|
| 1. Campus/district goals | 3 |
| 2. Student needs | 3 |
| 3. Prior performance appraisal | 3 |
| 4. Improvement of student performance | 3 |
| **Total** | **12** |

| 16 20 | Exceeds Expectations | ▶ | 9 15 | Proficient |
| 3 8 | Below Expectations | | 0 2 | Unsatisfactory |

**DOMAIN VII: Compliance With Policies, Operating and Requirements**

| | |
|---|---|
| 1. Policies, procedures, and legal requirements | 3 |
| 2. Verbal/written directives | 3 |
| 3. Environment | 3 |
| **Total** | **9** |

| 13 15 | Exceeds Expectations | ▶ | 9 12 |
| 3 8 | Below Expectations | | 0 2 |

**DOMAIN VIII: Improvement of Academic Performance of all Students on the Campus (Based on Indicators Included in the AEIS)**

| | |
|---|---|
| 1. Aligns Instruction | 3 |
| 2. Analyzes TAKS data | 3 |
| 3. Appropriate sequence | 3 |
| 4. Appropriate materials | 3 |
| 5. Monitors student performance | 3 |
| 6. Monitors attendance | 3 |
| 7. Students in at-risk situations | 3 |
| 8. Appropriate plans for intervention | 3 |
| 9. Modifies and adapts | 3 |
| 10. Campus Performance Rating + AYP | 3 |
| **Total** | **30** |

| 40 50 | Exceeds Expectations | ▶ | 24 39 | Proficient |
| 8 23 | Below Expectations | | 0 7 | Unsatisfactory |

**Campus Performance Rating Meets AYP 1**
Recognized: 2

Signature of Appraiser: _Debra A. Hayes_    Date: May 10, 2005

http://amun.houstonisd.org/pdas/PrintB.aspx                4/25/2005

HISD000102

My appraiser and I have discussed this Summative Annual Appraisal Report.

Signature of Teacher: _____ Date: 20 May 2005

Print Appraisal                                                                                                                   Page 1 of 1

# Professional Development and Appraisal System: Observation Summary

| NAME & SSN: | APPRAISER: | CAMPUS: | ASSIGNMENT: | DATE: | BEG: | END: |
|---|---|---|---|---|---|---|
| Tom Jones, 439622999 | Bonita Morgan | Hines-Caldwell ES | PreK-5th | 04/03/2007 | 10:30 AM | 11:15 AM |

### DOMAIN I: Active, Successful Participation in the Learning Process

| | |
|---|---|
| 1. Engaged in learning | 3 |
| 2. Successful in learning | 3 |
| 3. Critical thinking/Problem solving | 3 |
| 4. Self-directed | 3 |
| 5. Connects learning | 3 |
| Total | 15 |

| 20 25 | Exceeds Expectations | ▸ 12 19 | Proficient |
| 4 11 | Below Expectations | 0 3 | Unsatisfactory |

### DOMAIN II: Learner-Centered Instruction

| | |
|---|---|
| 1. Goals and objectives | 3 |
| 2. Learner-centered | 3 |
| 3. Critical thinking/Problem solving | 3 |
| 4. Motivational strategies | 3 |
| 5. Alignment | 3 |
| 6. Pacing/sequencing | 3 |
| 7. Value and importance | 3 |
| 8. Appropriate questioning and inquiry | 3 |
| 9. Use of technology | 3 |
| Total | 27 |

| 37 45 | Exceeds Expectations | ▸ 23 36 | Proficient |
| 7 22 | Below Expectations | 0 6 | Unsatisfactory |

### DOMAIN III: Evaluation and Feedback on Student Progress

| | |
|---|---|
| 1. Monitored and assessed | 3 |
| 2. Assessment and instruction are aligned | 3 |
| 3. Appropriate assessment | 3 |
| 4. Learning reinforced | 3 |
| 5. Constructive feedback | 3 |
| 6. Relearning and re-evaluation | 3 |
| Total | 18 |

| 25 30 | Exceeds Expectations | ▸ 15 24 | Proficient |
| 5 14 | Below Expectations | 0 4 | Unsatisfactory |

### DOMAIN IV: Management of Student Discipline, Instructional Strategies, Time, and Materials

| | |
|---|---|
| 1. Discipline procedures | 3 |
| 2. Self-discipline and self-directed learning | 3 |
| 3. Equitable teacher-student interaction | 3 |
| 4. Expectations for behavior | 3 |
| 5. Redirects disruptive behavior | 3 |
| 6. Reinforces desired behavior | 3 |
| 7. Equitable and varied characteristics | 3 |
| 8. Manages time and materials | 3 |
| Total | 24 |

| 34 40 | Exceeds Expectations | ▸ 20 33 | Proficient |
| 6 19 | Below Expectations | 0 5 | Unsatisfactory |

### DOMAIN V: Professional Communication

| | |
|---|---|
| 1. Written with students | 3 |
| 2. Verbal/non-verbal with students | 3 |
| 3. Reluctant students | 3 |
| 4. Written with parents, staff, community members, and other professionals | 3 |
| 5. Verbal/non-verbal with parents, staff, community members, and other professionals | 3 |
| 6. Supportive, courteous | 3 |
| Total | 18 |

| 25 30 | Exceeds Expectations | ▸ 15 24 | Proficient |
| 5 14 | Below Expectations | 0 4 | Unsatisfactory |

Signature of Appraiser: *Bonita Morgan*          Date: 5-23-07

My appraiser has given me a copy of this Observation Appraisal Report.

Signature of Teacher: *Tom Jones*          Date: 23 May 2007

HISD000180

5/23/2007

## Professional Development and Appraisal System: Summative Annual Appraisal

| NAME & SSN: | APPRAISER: | CAMPUS: | ASSIGNMENT: | DATE: | BEG: | END: |
|---|---|---|---|---|---|---|
| Tom Jones, 439622999 | Bonita Morgan | Hines-Caldwell ES | PreK-5th | 04/03/2007 | 10:30 AM | 11:15 AM |

### DOMAIN VI: Professional Development

| | |
|---|---|
| 1. Campus/district goals | 3 |
| 2. Student needs | 3 |
| 3. Prior performance appraisal | 3 |
| 4. Improvement of student performance | 3 |
| Total | 12 |

| 16 20 | Exceeds Expectations | ▶ | 9 15 | Proficient |
| 3 8 | Below Expectations | | 0 2 | Unsatisfactory |

### DOMAIN VII: Compliance With Policies, Operating Procedures, and Requirements

| | |
|---|---|
| 1. Policies, procedures, and legal requirements | |
| 2. Verbal/written directives | |
| 3. Environment | |
| Total | |

| 13 15 | Exceeds Expectations | ▶ | 9 12 | Proficient |
| 3 8 | Below Expectations | | 0 2 | Unsatisfactory |

### DOMAIN VIII: Improvement of Academic Performance of all Students on the Campus (Based on Indicators Included in the AEIS)

| | |
|---|---|
| 1. Aligns Instruction | 3 |
| 2. Analyzes TAKS data | 3 |
| 3. Appropriate sequence | 3 |
| 4. Appropriate materials | 3 |
| 5. Monitors student performance | 3 |
| 6. Monitors attendance | 3 |
| 7. Students in at-risk situations | 3 |
| 8. Appropriate plans for intervention | 3 |
| 9. Modifies and adapts | 3 |
| 10. Campus Performance Rating + AYP | 2 |
| Total | 29 |

| 40 50 | Exceeds Expectations | ▶ | 24 39 | Proficient |
| 8 23 | Below Expectations | | 0 7 | Unsatisfactory |

**Campus Performance Rating Meets AYP 1**
Academically Acceptable: 1

Signature of Appraiser: *Bonita Morgan*  Date: 5-23-07

My appraiser and I have discussed this Summative Annual Appraisal Report.

Signature of Teacher: *[signature]*  Date: 23 May 2007

HISD000181