Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TOM J. JONES            (
                        (
                        (
VS                      (CIVIL ACTION NO.  H-08-3742
                        (
BONITA MORGAN, ET AL    (

****************************************************

ORAL DEPOSITION OF
BONITA MORGAN
APRIL 19, 2010

****************************************************

ORAL DEPOSITION OF BONITA MORGAN, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and numbered cause on the 19th of April, 2010, from 9:49 to 5:10 p.m., before AMY GARCIA, CSR, in and for the State of Texas, reported by stenographic means, at the offices of Thompson & Horton, LLP, 711 Louisiana, Suite 2100, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

PLAINTIFF'S EXHIBIT
D

1    Q.   Now, had you, in fact, hired Valeta Rhodes for
2    that position?
3    A.   Yes.
4    Q.   And when did you -- had you hired her?
5    A.   2005.
6    Q.   Okay.  In 2005.  Just a year before?
7    A.   When we opened the school.
8    Q.   And that's Valeta Rhodes, V-a-l-e-t-a?
9    A.   V-a-l-e-t-a, right.
10   Q.   Now, did you -- did you tell the -- is it Warner
11   Ervin, he was -- Warner Ervin, regional superintendent,
12   South Region, is that where your school is located?
13   A.   Correct.
14   Q.   Did you tell Warner Ervin that you needed a --
15   that you needed an additional music teacher?
16   A.   No.
17   Q.   And in fact, did you need an additional music
18   teacher?
19   A.   No.
20   Q.   Okay.  And so, did you assign Ms. Rhodes to some
21   other duty other than music teacher once Mr. Jones
22   arrived to do the same job?
23   A.   No.
24   Q.   Okay.  And so, how did you deal with having two
25   music teachers?

1  A. During the time they taught, they worked together for the first year.

2  Q. So, in 2006, Mr. Jones worked with Ms. Rhodes; is that correct?

3  A. That's correct.

4  Q. Now, did you do an evaluation of Mr. Jones at the end of 2006?

5  A. No.

6  Q. Did your assistant principal do an evaluation of Mr. Jones at the end of 2006?

7  A. I don't think so. I'm not sure.

8  Q. All right. Well, since he was a new teacher, is there a particular reason why neither you or your assistant principal evaluated him in 2006?

9  A. I just think it was the end of the year and trying to give him a chance to, you know, acclimate to the new school because it was the second semester. It wasn't at the beginning of the year.

10  Q. Now, did Ms. Rhodes have any complaints regarding Mr. Jones during the -- during the year that she -- during that period that she worked with him?

11  A. I can't recall.

12  Q. Okay. So, you have no recollection of her having any complaints about it?

13  A. No.

Bonita Morgan
April 19, 2010

1   Q.   So, Ms. Rhodes decides to leave to go to
2   graduate school at the end of the '06 year, right?
3   A.   Yes.
4   Q.   And then, now, do you make the decision to keep
5   Mr. Jones on staff as your full-time music teacher?  Is
6   that your decision?
7   A.   Yes.
8   Q.   And so, that means that by making that decision,
9   it's fair to say that you were satisfied with his job
10  performance prior to the time that Ms. Rhodes left?
11  A.   Don't have any documentation, then everybody's
12  fine.
13  Q.   Okay.  Now, so, Mr. Jones returns for the school
14  year, beginning in -- Mr. Jones returns for the school
15  year, beginning in 2007; is that correct?
16  A.   That's correct.
17  Q.   And he teaches through the, I guess, school --
18  the two -- the next year, is that the 2006-2007 year;
19  is that correct?
20  A.   2007-2008.
21  Q.   2006 --
22  A.   2006-2007, yes.
23  Q.   All right.  So, that means he returned back to
24  school and let's say that school turned out in May of
25  '06.  And then you-all started back up in, what, August

Bonita Morgan
April 19, 2010

1  Q.  Now, when you say "Mr. Jones was having
2  problems," let's take a look at Exhibit 3 to Mr. Jones'
3  deposition.  Okay.  Now, Exhibit 3, what is that?
4      A.  This is a document, State Professional
5  Developmental Appraisal System evaluation form.
6      Q.  And that's the evaluation that you prepared in
7  April of '07 of Mr. Jones; is that right?
8      A.  That's correct.
9      Q.  Now, as you indicate here in Paragraph 11 of
10 your declaration, now, you were the appraiser during
11 the 2006-2007 and 2007-2008 school years for Mr. Jones;
12 is that right?
13     A.  Yes.
14     Q.  And as you've already testified, you did not do
15 any appraisal of him during 2006, correct?
16     A.  Yes.
17     Q.  And -- and that was during the period -- that
18 would cover the period from when he first arrived in --
19 at Hines-Caldwell in February 2006, through the end of
20 the school year in December -- through the end of the
21 first semester of the following school year in December
22 of 2006, correct?
23     A.  Yes.
24     Q.  And so -- and as you've indicated, seeing how
25 there are no records indicating any deficiencies in

1  A.  Ms. Rhodes never wanted to come back as a
2  full-time teacher.  She only wanted to come part-time
3  because she was in a ministry.
4       MR. JEFFERSON:  Objection; nonresponsive.
5  Q.  (BY MR. JEFFERSON)  In April of 2007, had you
6  been advised by Ms. Rhodes of her desire to return to
7  campus there at Hines-Caldwell as a music teacher?
8  A.  I can't -- I can't remember when it was.
9  Q.  And so, it very well could have been that by
10 April, you were aware of that; is that right?
11 A.  Could have not been.  I don't know.  I don't
12 remember.  I don't remember.  I don't know.
13 Q.  All right.  So, how would we know that?  Did she
14 send you a letter?  Was there a writing or something?
15 A.  No, not that I --
16 Q.  Was there a telephone call?
17 A.  I don't recall.  Possibly a telephone call.  I
18 don't know.
19 Q.  Now, are you in -- and Ms. Rhodes are -- are you
20 and Ms. Rhodes members of any sort of social
21 organizations?
22 A.  No.  Not that I know of, no.
23 Q.  Okay.  Now, taking a look at Exhibit No. 3 to
24 Ms. Jones' deposition there, April -- well, there are
25 two dates on it.  There's the actual date of the

1  assessment, I guess, at the top, which is 4-3-07.  You
2  see that?  And then it was signed on 4-5-07; is that
3  correct?
4       A.   That's correct.
5       Q.   Okay.  Now, this evaluation, how is it done?
6       A.   This is a one-time observation, where you go
7  into the classroom and you observe the teacher.
8       Q.   Okay.  And so -- so, you're saying that -- so,
9  what -- does it have the date and time?  Was it 10:30
10 in the morning?
11      A.   Till 11:15.
12      Q.   Until 11:15 on this one day; is that correct?
13      A.   That's correct.
14      Q.   And so, now, as far as this evaluation is
15 concerned, so, you're saying that a teacher's standing,
16 based upon the evaluation that's done, can be based on
17 just one day?
18      A.   No, there are other walk-through's.  You walk
19 through all during the year.  I had been walking in the
20 classroom, observing Mr. Jones, giving him an
21 opportunity to improve.
22      Q.   Okay.  And then -- are there walk-through
23 documents that --
24      A.   There are walk-through letters that you have
25 that's filed.