MEMORANDUM

FROM:   Tom J. Jones, Music Instructor
        Hines Caldwell Elementary School

TO:     Mrs. Bonita Morgan, Principal
        Hines Caldwell Elementary School

RE:     Unacceptable Appraisal-Assessment

9 April 2007

The attached Appraisal Summery which you discussed with me on Thursday, 5 April 2005, concerning the observation that you conducted on Wednesday, 4 April 2007, is flawed, without merit, and borders on unfairness and malicious intent!

The observation was conducted at a time which places it outside of district and state regulations concerning observations before holidays! This rule makes the observation invalid! The unfairness and malicious intent is based on the class that you chose to observe. This 4th grade class of all Spanish students with very limited English skills is one of the lowest, academically challenged classes in the school! Therefore, it should not be used for observation of any English speaking teacher! They do not and have not responded favorably to their teachers of the same language!

Finally, the OBSERVATION-SUMMERY must be thrown out and redone appropriately! It must not become a part of my file at Hines=Caldwell or my permanent HISD file!

Thank you for your attention to this matter!


Tom J. Jones

FC: Congress of Houston Teachers



000017