IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| TOM J. JONES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-3742 |
| | § | |
| HOUSTON INDEPENDENT SCHOOL DISTRICT | § § | |

## **FINAL JUDGMENT**

For the reasons stated in this Court's Opinion and Order granting the Defendant's Motion for Summary Judgment, it is **ORDERED** and **ADJUDGED** that Plaintiff, Tom J. Jones, **TAKE NOTHING**, that this action is **DISMISSED on the merits, with prejudice**, and that the Defendants, Bonita Morgan, Lizbeth Allen, Warner Irvin, Abelardo Saavedra, Houston Independent School District Board of Trustees and Houston Independent School District, **RECOVER** their costs of action.

**DONE** at Houston, Texas, this \_\_\_\_\_22nd_____ day of June, 2010.

_____
John R. Froeschner
United States Magistrate Judge